UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| NADER DAVARI, et al.,<br>Plaintiffs,<br>v.<br>EDWARD KANG,<br>Defendant. | Case No. 3:26-cv-04997-JSC<br>**ORDER ADOPTING REPORT AND RECOMMENDATION TO GRANT MOTION TO REMAND**<br>Re: Dkt. No. 15 |

Plaintiffs Nader and Ellen Davari, Trustees of the 2000 Nader Davari and Ellen Davari Revocable Trust, sued Defendant Edward Kang in Alameda County Superior Court for unlawful detainer on May 12, 2026. (Dkt. No. 1-2 at 1.) Defendant, who is representing himself, removed the case to federal court, claiming that removal is proper under 28 U.S.C. § 1443(1). (Dkt. No. 1.) Magistrate Judge Lisa J. Cisneros granted Defendant's application to proceed in forma pauperis and issued an order to show cause as to why the action should not be remanded for lack of subject matter jurisdiction. (Dkt. No. 11.) Plaintiffs also moved to remand the action for lack of subject matter jurisdiction. (Dkt. No. 12.) Judge Cisneros then issued the underlying report and recommendation to grant the motion to remand for lack of subject matter jurisdiction. (Dkt. No. 15.)

Plaintiffs served the report and recommendation on Defendant as ordered by the Court. (Dkt. No. 17.) No party filed an objection and the time to object has expired. *See* Fed. R. Civ. P. 72(b)(2).

After *de novo* review, the Court finds the Report and Recommendation correct, well-reasoned, and thorough, and ADOPTS it in full. The Court GRANTS the motion to remand and REMANDS the action to the Alameda County Superior Court for lack of subject matter

United States District Court
Northern District of California

jurisdiction.

This Order disposes of Docket Nos. 12, 15.

**IT IS SO ORDERED.**

Dated: November 18, 2026

JACQUELINE SCOTT CORLEY
United States District Judge